8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
**ENTERED**

**OCT 09 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § § | |
| VS. | § | CIVIL ACTION NO. B-96-084 |
| KENTUCKY FISHERIES, INC., ET AL. | § § | |

TYPE OF CASE:          __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING TO SHOW WHY CASE SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 21, 1998 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 8, 1998

TO:     MR. DENNIS SANCHEZ
        MR. JAMES H. HUNTER