IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 21 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC., § § § | |
| VS. § § | |
| KENTUCKY FISHERIES, INC., § KANDI SUE, INC., INFLATION, INC., § MISS MARTHA, INC., HARRIS § FISHERIES, INC., BUSTER BROWN, § INC., DAMASCUS CORPORATION, § CINDY MAE, INC., AND ALFREDITO, § INC., in personam, and the § F/V KENTUCKY KID, F/V KANDI § SUE, F/V INFLATION, F/V MISS § MARTHA, F/V KENTUCKY GENTLEMEN, § F/V BUSTER BROWN, F/V DAMASCUS § ROAD, F/V GULF SEAS, AND § F/V WINDFALL, their engines, § nets, tackle, apparel, and § furniture, etc., in rem § | CIVIL ACTION NO. B-96-84 |

## ORDER TO MEDIATION

On the 21st day of October, 1998, came on to be considered the Court's *sua sponte* order to show cause. The Court determines that at this time this case is a good candidate for mediation. It is hereby

ORDERED, ADJUDGED and DECREED that the parties shall submit to at least a one-half day mediation before Leonel Alejandro within the next forty-five (45) days. The attorneys and a representative of each party must appear with full settlement authority at the mediation.

**DONE AND ENTERED** this 21st day of October, 1998 at Brownsville, Cameron County, Texas.

HON. JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

**COPIES TO:**

MR. DENNIS SANCHEZ
SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 N. EXPRESSWAY 83
BROWNSVILLE, TEXAS  78521-2257

JAMES H. HUNTER, JR.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 COVE CIRCLE
P.O. BOX 3509
BROWNSVILLE, TEXAS  78523-3509