# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-084 |
| § | |
| KENTUCKY FISHERIES, INC., ET AL. § | |

TYPE OF CASE:  __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 27, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 6, 1999

TO:   MR. DENNIS SANCHEZ
      MR. JAMES H. HUNTER

```
CASE:      1:97-cv-00018
DOCUMENT:  137
DATE:      01/06/99

CLERK:     og
```

*137*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MISSOURI PACIFIC RAILROAD COMPANY, ET AL. § § § | |
| VS. § | CIVIL ACTION NO. B-97-018 |
| § | |
| PHILLIPS PROPERTIES, INC. ET AL. § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE:

**STATUS CONFERENCE**
WILL BE HELD WITH PREVIOUSLY SCHEDULED PRETRIAL CONFERENCE

PRIOR TO THIS STATUS CONFERENCE ALL ATTORNEYS SHOULD OBTAIN A COPY OF JUDGE HILDA TAGLE'S PROCEDURAL MANUAL

PLACE:                                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**             **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                  CONTINUED TO DATE AND TIME:

**FEBRUARY 9, 1999**                                                **FEBRUARY 26, 1999 AT 10:30 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     JANUARY 6, 1999

TO:       SHELBY A. JORDAN          MICHAEL GIBSON
          ROBERT BAIAMONTE         FRANCISCO ENRIQUEZ
          DAN MILLER                RAY THOMAS, JR.
          SUSAN FROEHLY TEICH      ADOLPH GUERRA
          EUGENE BREES              PATRICIA NOLAN
          KEITH UHLES               MARCY ROTHMAN
          JAMES DYER                JAMES DONNELL
          ADRIAN MARTINEZ          TERRY KEY
          MAXEY GROSSENBACHER      MICHAEL JONES
          CALHOUN BOBBITT          KAREN ADAMS
          CHARLES BERRY            ARTHUR MURPHY
          HARVEY FERGUSON          CHARLES MURRAY
          RICHARD P. HILL           JEFFREY DAVIS