13

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

JAN 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Corpus Christi Office Supply, et al §
§
versus §    CIVIL ACTION 96-84
§
§
Yaruk Ulgun §

## Order Setting Hearing

1. A ~~hearing~~ motion will be held before Judge Hilda G. Tagle on:

    __2-19__, 1999

    at __2:30__ p.m.

    Courtroom, Fourth Floor
    United States Courthouse
    500 East Tenth Street
    Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __January 28__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.