14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

FEB 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Valley Ice + Fuel Comp. §
§
§
versus §   CIVIL ACTION B- 96-84
§
§
Kentucky Fisheries, Inc., §
et al. §

## Order Canceling Hearing

1. The Motion hearing set _2-19-99 at 2:30 p.m._, has been canceled.

2. Each party must send a copy of this order to every other party and affected non-party.

Signed on _February 3_, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge