United States District Court
Southern District of Texas
FILED

# IN THE UNITED STATES DISTRICT COURT
JUL 0 8 1999

## FOR THE SOUTHERN DISTRICT OF TEXAS
Michael N. Milby, Clerk of Court

### BROWNSVILLE DIVISION

SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 12 1999

Michael N. Milby, Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. | § |
| VS. | § CIVIL ACTION NO. B-96-084 |
| | § |
| KENTUCKY FISHERIES, INC., | § |
| ET AL. | § |

## SCHEDULING ORDER

On this day came on to be considered the scheduling order in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   A final pretrial and settlement conference is set for **August 30, 1999 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(2)   Final Pretrial is set for **September 2, 1999 at 8:30 A.M.** before Judge Filemon B. Vela.

(3)   Trial on the merits is set for **September 1999**, docket call before Judge Filemon B. Vela..

DONE at Brownsville, Texas, on this 8th day of July 1999.

John Wm. Black
United States Magistrate Judge

16