*17*

United States District Court
Southern District of Texas
ENTERED

AUG 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC., | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| KENTUCKY FISHERIES, INC., | § | |
| KANDI SUE, INC., INFLATION, INC., | § | |
| MISS MARTHA, INC., HARRIS | § | |
| FISHERIES, INC., BUSTER BROWN, | § | |
| INC., DAMASCUS CORPORATION, | § | CIVIL ACTION NO. B-96-84 |
| CINDY MAE, INC., AND ALFREDITO, | § | |
| INC., in personam, and the | § | |
| F/V KENTUCKY KID, F/V KANDI | § | |
| SUE, F/V INFLATION, F/V MISS | § | |
| MARTHA, F/V KENTUCKY GENTLEMEN, | § | |
| F/V BUSTER BROWN, F/V DAMASCUS | § | |
| ROAD, F/V GULF SEAS, AND | § | |
| F/V WINDFALL, their engines, | § | |
| nets, tackle, apparel, and | § | |
| furniture, etc., in rem | § | |

## CONSENT TO PROCEED BEFORE
## A MAGISTRATE JUDGE

Under 28 U.S.C. Sec. 636(c), the remaining parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.

Mr. Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS
  & ZABARTE
100 N. Expressway 83
Brownsville, Texas  78521-2257
Tel:  (956) 546-3731
Fax:  (956) 546-3766
State Bar No. 17569600
**Attorney for Plaintiff,**
**VALLEY ICE & FUEL, INC.**

T. Mark Blakemore
RENTFRO, FAULK & BLAKEMORE L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, Texas  78521
Tel:  (956) 546-9600
Fax:  (956) 541-9695
**Attorney for ALFREDITO, INC.**
**and F/V WINDFALL**

_(signature)_

_____

James H. Hunter, Jr.
**ROYSTON, RAYZOR, VICKERY &**
  **WILLIAMS, L.L.P.**
55 Cove Circle
P.O. Box 3509
Brownsville, Texas  78521-3509
**Attorney for Defendants,**
**DAMASCUS CORP. and F/V DAMASCUS ROAD**

 

       Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. Sec. 636(c)(3), unless all parties consent, by signing below, to appeal to a district judge under 28 U.S.C. 636(c)(4).

 

| _____ | _____ |
|---|---|
| _____ | _____ |
| _____ | _____ |

Note:  File this with the Clerk only if it has been signed by all of the parties.

# ORDER OF REFERENCE

It is **ORDERED** that this matter is assigned to United States Magistrate Judge John Wm.

Black to conduct all further proceedings, including final judgment.

August 18, 1999
**DATE**

_____
**UNITED STATES DISTRICT JUDGE**