*19*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. | § |
| | § |
| VS. | § |
| | § |
| KENTUCKY FISHERIES, INC., ET AL. | § |

CIVIL ACTION NO. B-96-084

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 29, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     AUGUST 30, 1999

TO:     MR. DENNIS SANCHEZ
        MR. JAMES H. HUNTER
        MR. T. MARK BLAKEMORE