IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-084 |
| | § | |
| KENTUCKY FISHERS, INC., | § | |
| ET AL. | § | |

### SCHEDULING ORDER

On this 29th day of October 1999, counsel appeared for a status conference in the above referenced case.

The following rulings made:

1. Joint pretrial order to be filed by January 10, 2000.

2. Trial is set for January 26, 2000 at 1:30 P. M. before Magistrate Judge John Wm. Black.

DONE in Brownsville, Texas, on this 29th day of October 1999.

_____
John Wm. Black
United States Magistrate Judge