22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC., § | |
| § | |
| VS. § | |
| § | |
| KENTUCKY FISHERIES, INC., § | |
| KANDI SUE, INC., INFLATION, INC., § | |
| MISS MARTHA, INC., HARRIS § | |
| FISHERIES, INC., BUSTER BROWN, § | |
| INC., DAMASCUS CORPORATION, § | CIVIL ACTION NO. B-96-84 |
| CINDY MAE, INC., AND ALFREDITO, § | |
| INC., in personam, and the § | |
| F/V KENTUCKY KID, F/V KANDI § | |
| SUE, F/V INFLATION, F/V MISS § | |
| MARTHA, F/V KENTUCKY GENTLEMEN, § | |
| F/V BUSTER BROWN, F/V DAMASCUS § | |
| ROAD, F/V GULF SEAS, AND § | |
| F/V WINDFALL, their engines, § | |
| nets, tackle, apparel, and § | |
| furniture, etc., in rem § | |

**ORDER GRANTING LEAVE TO WITHDRAW AS
ATTORNEY-IN-CHARGE FOR DAMASCUS CORPORATION
AND THE F/V DAMASCUS ROAD**

On the 30TH day of August, 1999, came on to be heard the oral, Unopposed Motion of James H. Hunter, Jr., to withdraw as attorney-in-charge for Defendants Damascus Corp. and F/V DAMASCUS ROAD. After considering the Motion and the representation of Mr. Hunter that he has obtained permission from Damascus Corp. to withdraw and that he advised Damascus Corp. and the new owner of the need to appear at the status conference on October 29, 1999, with a new attorney, the Court **GRANTS** the Motion.

It is therefore, **ORDERED, ADJUDGED** and **DECREED** that James H. Hunter, Jr., and the law firm of Royston, Rayzor, Vickery & Williams, L.L.P. are granted leave to withdraw from representing Damascus Corp. and the F/V DAMASCUS ROAD.

44946:891600.1:110999

The Clerk shall send a copy of this Order to all counsel of record and to Damascus Corp.'s President, Alfredo Arrellano and the ex-F/V DAMASCUS ROAD now F/V EL CONVICTO's new owner, Mario Martinez as follows:

>Alfredo Arrellano
>Damascus Corporation
>1734 Old Creek Court
>Brownsville, Texas 78521

>Mario Martinez
>El Convicto, Inc.
>7031 Cerro De Oro
>Brownsville, Texas 78520

Said Defendants are hereby notified that a pre-trial order must be filed by January 10, 2000 and that trial is set for January 26, 2000 at 1:30 p.m. before Magistrate Judge John Wm. Black. The failure to comply with the *Federal Rules of Civil Procedure* and this Court's Orders may result in sanctions and/or a default judgment against the Defendants.

DONE this 12 day of NOV, 1999 at Brownsville, Texas.

_____
Hon. John William Black
United States Magistrate Judge

COPIES TO:

T. MARK BLAKEMORE, 185 E. RUBEN TORRES BLVD., BROWNSVILLE, TX 78521;
DENNIS SANCHEZ, 100 N. EXPRESSWAY 83, BROWNSVILLE, TX 78521-2257;
ALFREDO ARRELLANO, DAMASCUS CORP., 1734 OLD CREEK COURT, BROWNSVILLE, TX 78521; and
MARIO MARTINEZ, EL CONVICTO, INC., 7031 CERRO DE ORO, BROWNSVILLE, TX 78520