IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC., <br> Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. B-96-84 |
| KENTUCKY FISHERIES, INC., <br> KANDI SUE, INC., INFLATION, <br> INC., MISS MARTHA, INC., <br> HARRIS FISHERIES, INC., <br> BUSTER BROWN, INC., DAMASCUS <br> CORPORATION, CINDY MAE, INC., <br> AND ALFREDITO, INC., in <br> personam, and the F/V KENTUCKY <br> KID, F/V KANDI SUE, <br> F/V INFLATION, F/V MISS MARTHA, <br> F/V KENTUCKY GENTLEMAN, <br> F/V BUSTER BROWN, F/V DAMASCUS <br> ROAD, F/V GULF SEAS, and <br> F/V WINDFALL, their engines, <br> nets, tackle, apparel, and <br> furniture, etc. in rem, <br> Defendants | § § § § § § § § § § § § § § § § | |

## FINAL JUDGMENT

CAME ON TO BE CONSIDERED on the 26 day of January, 2000, the above-styled and numbered cause. Plaintiff appeared by and through its representative and through its attorney, Dennis Sanchez, and announced ready. Defendant F/V DAMASCUS ROAD, *in rem*, appeared by and through its attorney, T. Mark Blakemore, and announced ready. Defendant ALFREDITO, INC. appeared by and through its attorney, T. Mark Blakemore, and announced ready.

Plaintiff and Defendant F/V DAMASCUS ROAD announced that they had entered into a settlement which necessitates the entry of a judgment against them. The parties proceeded to

explain the terms and conditions of the settlement agreement, and it was therefore, upon motion of the parties hereto:

ORDERED, ADJUDGED and DECREED that Plaintiff VALLEY ICE & FUEL CO., INC. be and is hereby granted judgment against the F/V EL CONVICTO (Ex DAMASCUS ROAD) *in rem,* in the amount of NINE THOUSAND AND NO/100 DOLLARS ($9,000.00), together with interest thereon at the rate of ten percent (10%) per annum from date of judgment herein until paid, plus costs of court, plus reasonable attorneys' fees in the amount of SIX HUNDRED AND NO/100 DOLLARS ($600.00). However, Plaintiff shall be prohibited from abstracting on this judgment or collecting against same unless and until Defendant does not comply with the terms of its settlement agreement with Plaintiff by paying the settlement amount as hereafter described. It is therefore,

ORDERED, that if Plaintiff VALLEY ICE & FUEL CO., INC. is tendered (a) on or before September 15, 2000, the amount of TWO THOUSAND EIGHT HUNDRED AND NO/100 DOLLARS ($2,800.00), together with interest at the rate of ten percent (10%) per annum computed from January 1, 2000 until the date of tender; and (b) on or before December 23, 2000, the amount of TWO THOUSAND EIGHT HUNDRED AND NO/100 DOLLARS ($2,800.00), together with interest at the rate of ten percent (10%) per annum computed from January 1, 2000 until date of tender, then Plaintiff shall accept said amount in full satisfaction of the judgment, and upon accepting said amount, shall tender satisfaction of judgment to such Defendant. It is further,

ORDERED, that if the foregoing amounts are not tendered and paid to Plaintiff by said Defendant on or before the payment dates set forth above, then, in that event, Plaintiff shall be

free to pursue any and all collection efforts, including securing writs of seizure, execution, and other post-judgment remedies available in the collection of the full amount of judgment.

This Court then proceeded to consider and hear the evidence tendered by Plaintiff in its claim against ALFREDITO, INC., *in personam*. This Court having proceeded to consider the evidence is of the opinion that Plaintiff is entitled to judgment against Defendant ALFREDITO, INC., *in personam*. It is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff VALLEY ICE & FUEL CO., INC. be and is hereby granted judgment against Defendant ALFREDITO, INC. in the amount of SIX THOUSAND FIVE HUNDRED EIGHTY ONE AND 46/100 DOLLARS ($6,581.46), together with interest at the rate of ten percent (10%) per annum until paid, plus reasonable attorneys' fees in the amount of EIGHT HUNDRED AND NO 100/DOLLARS ($800.00) and costs of court. Execution on the judgment against ALFREDITO, INC. may immediately issue.

DONE AT BROWNSVILLE, TEXAS, this 26 day of January, 2000.

_____
Hon. John Wm. Black
U. S. Magistrate

AGREED AS TO FORM AND SUBSTANCE:

_____
Dennis Sanchez, Attorney for Plaintiff
VALLEY ICE & FUEL CO., INC.

_____
T. Mark Blakemore, Attorney for
Defendant F/V CONVICTO
(EX DAMASCUS ROAD)

AGREED AS TO FORM ONLY:

_____
T. Mark Blakemore, Attorney for
ALFREDITO, INC.