24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-084 |
| | § | |
| KENTUCKY FISHERIES, INC., | § | |
| ET AL. | § | |

## ORDER

On January 6, 1999, the court was advised that an agreed order dismissing most of the parties to this case would be submitted. To date, that has not been done. The only Defendants which have been dismissed are F/V Damascus Road and Alfredito, Inc. by Judgment entered on January 26, 2000.

IT IS THEREFORE **ORDERED** that this case be set for a status conference on May 19, 2000 at 2:00 P.M.

In the event that an agreed final judgment dismissing all parties and closing this case is submitted prior to that date, it will not be necessary for counsel to attend the status conference.

DONE in Brownsville, Texas, on this 13th day of April, 2000.

_____
John Wm. Black
United States Magistrate Judge