26

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 22 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC., § | |
| Plaintiff § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-96-84 |
| KENTUCKY FISHERIES, INC., § | |
| KANDI SUE, INC., INFLATION, § | |
| INC., MISS MARTHA, INC., § | |
| HARRIS FISHERIES, INC., § | |
| BUSTER BROWN, INC., DAMASCUS § | |
| CORPORATION, CINDY MAE, INC., § | |
| AND ALFREDITO, INC., in § | |
| personam, and the F/V KENTUCKY § | |
| KID, F/V KANDI SUE, § | |
| F/V INFLATION, F/V MISS MARTHA, § | |
| F/V KENTUCKY GENTLEMAN, § | |
| F/V BUSTER BROWN, F/V DAMASCUS § | |
| ROAD, F/V GULF SEAS, and § | |
| F/V WINDFALL, their engines, § | |
| nets, tackle, apparel, and § | |
| furniture, etc. in rem, § | |
| Defendants § | |

## ORDER OF DISMISSAL

CAME ON TO BE CONSIDERED on the 19TH day of May, 2000, the Plaintiff's motion to non-suit and dismiss the remaining Defendants. Pursuant to the representations made by Plaintiff that the balance of the Defendants have compromised and settled their matters in controversy and that there exist no judiciable controversy by and between the parties, this Court is of the opinion that such motion should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that KENTUCKY FISHERIES, INC., KANDI SUE, INC., INFLATION, INC., MISS MARTHA, INC., HARRIS FISHERIES, INC., BUSTER BROWN, INC., CINDY MAE, INC., *in personam* Defendants, and F/V KENTUCKY KID, F/V KANDI SUE, F/V INFLATION, F/V MISS MARTHA, F/V KENTUCKY GENTLEMAN, F/V BUSTER BROWN, and F/V WINDFALL, *in rem* Defendants, be and are hereby dismissed. It is noted by this Court that this Court had previously rendered an *in personam* judgment against ALFREDITO, INC. and an *in rem* judgment against EL CONVICTO, INC. (ex-F/V DAMASCUS ROAD), such final judgment having been previously rendered against such parties on January 26, 2000. This Court further notes that the F/V GULF SEAS has neither been seized nor made an appearance in this case, and is therefore not before this Court.

DONE in Brownsville, Texas this 19 day of May, 2000.

JOHN WM. BLACK
United States Magistrate Judge